# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ARIF UGUR | ) | Case No. 21-mj-7147-JCB |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2015 through November 2017 in the county of Middlesex in the District of Mass. and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 22 U.S.C. § 2778 | Illegal Exports in Violation of the Arms Export Control Act |
| 22 U.S.C. § 2778 & 18 U.S.C. § 371 | Conspiracy to Violate the Arms Export Control Act |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

MICHAEL D BALESTRA
Digitally signed by MICHAEL D BALESTRA
Date: 2021.06.21 10:29:57 -04'

*Complainant's signature*

Michael Balestra, Special Agent, HSI
*Printed name and title*

Sworn to by telephone.

Date: 06/21/2021

*Judge's signature*

City and state: Boston, Massachusetts

U.S. Magistrate Judge Jennifer C. Boal
*Printed name and title*